MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JOSHUA HILL (CABN 250842)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, California 94612
    Telephone:  (510) 637-3740
    Facsimile:  (510) 637-3724
    E-Mail:  Joshua.Hill2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-CR-09-01156-SBA |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) | |
| TAMMY COLLINS, | ) | |
| Defendants. | ) | |

IT IS HEREBY STIPULATED AND AGREED between the plaintiff through its attorney, Joshua Hill, and the defendant Tammy Collins through her undersigned attorney that the change of plea hearing presently set for December 2, 2010, be continued to December 23, 2010 at 9:30 a.m. for status or change of plea. The parties require additional time to review the discovery and conduct any necessary investigation. The parties agree that the delay is not attributable to lack of diligent preparation on the part of the attorney for the government or defense counsel. For these reasons, the parties request that time under the Speedy Trial Act be excluded based on the need for reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties agree that the waiver covers all time between

//

the date of this stipulation and December 23, 2010.

IT IS SO STIPULATED:

Dated: November 29, 2010                                   /S/
                                              CAMELLIA BARAY
                                              Bonjour, Thorman, Baray, &
                                              Billingsley
                                              *Attorney for Tammy Collins*

Dated: November 29, 2010                                   /S/
                                              JOSHUA HILL
                                              Assistant United States Attorney

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the hearing in this matter now scheduled for December 2, 2010 is hereby rescheduled for December 23, 2010 at 9:30 a.m. for status or change of plea. This continuance is applicable only to defendant Tammy Collins. Based upon the representation of counsel and for good cause shown, the Court also finds that failing to exclude the time between December 2, 2010 and December 23, 2010 would unreasonably deny the government and the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between December 2, 2010 and December 23, 2010 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, it is hereby ordered that the time between December 2, 2010 and December 23, 2010 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: November 30, 2010
                                              HONORABLE DONNA M. RYU
                                              United States Magistrate Judge