1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Criminal Chief

4  JOSHUA HILL (CABN 250842)
   Assistant United States Attorney
5
           1301 Clay Street, Suite 340-S
6          Oakland, California 94612
           Telephone:  (510) 637-3740
7          Facsimile:  (510) 637-3724
           E-Mail:     Joshua.Hill2@usdoj.gov
8
9  Attorneys for Plaintiff

10                         UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12                                 OAKLAND DIVISION

13 UNITED STATES OF AMERICA,        )    No. CR-09-01156-SBA
                                    )
14              Plaintiff,          )    STIPULATION AND ORDER TO
                                    )    CONTINUE STATUS CONFERENCE
15      v.                          )    AND EXCLUDE TIME UNDER THE
                                    )    SPEEDY TRIAL ACT
16 TAMMY COLLINS,                   )
                                    )
17              Defendants.         )
                                    )
18

19      IT IS HEREBY STIPULATED AND AGREED between the plaintiff through its

20 attorney, Joshua Hill, and the defendant Tammy Collins through her undersigned attorney that

21 the status or change of plea hearing presently set for December 23, 2010, be continued to

22 January 20, 2011 at **9:30** ~~10:00~~ a.m. for status.  The parties require additional time to review the

23 discovery and conduct any necessary investigation.  The parties agree that the delay is not

24 attributable to lack of diligent preparation on the part of the attorney for the government or

25 defense counsel.  For these reasons, the parties request that time under the Speedy Trial Act be

26 excluded based on the need for reasonable time necessary for effective preparation, taking into

27 account the exercise of due diligence.  The parties agree that the waiver covers all time between

28 //

the date of this stipulation and January 20, 2011.

IT IS SO STIPULATED:

Dated: December 20, 2010

/S/
CAMELLIA BARAY
Bonjour, Thorman, Baray, & Billingsley
*Attorney for Tammy Collins*

Dated: December 20, 2010

/S/
JOSHUA HILL
Assistant United States Attorney

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the hearing in this matter now scheduled for December 23, 2010 is hereby rescheduled for January 20, 2011 at **9:30** a.m. for status. This continuance is applicable only to defendant Tammy Collins. Based upon the representation of counsel and for good cause shown, the Court also finds that failing to exclude the time between December 23, 2010 and January 20, 2011 would unreasonably deny the government and the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between December 23, 2010 and January 20, 2011 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, it is hereby ordered that the time between December 23, 2010 and January 20, 2011 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: December 21, 2010

HONORABLE DONNA M. RYU
United States Magistrate Judge