1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  JOSHUA HILL (CABN 250842)
   Assistant United States Attorney
5
          1301 Clay Street, Suite 340-S
6         Oakland, California 94612
          Telephone:  (510) 637-3740
7         Facsimile:  (510) 637-3724
          E-Mail:     Joshua.Hill2@usdoj.gov
8
9  Attorneys for Plaintiff

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                              OAKLAND DIVISION

13 UNITED STATES OF AMERICA,       )   No. CR-CR-09-01156-SBA
                                   )
14        Plaintiff,               )   STIPULATION AND [PROPOSED]
                                   )   ORDER TO CONTINUE STATUS
15        v.                       )   CONFERENCE AND EXCLUDE TIME
                                   )   UNDER THE SPEEDY TRIAL ACT
16 TAMMY COLLINS,                  )
                                   )
17        Defendants.              )
                                   )
18

19     IT IS HEREBY STIPULATED AND AGREED between the plaintiff through its

20 attorney, Joshua Hill, and the defendant Tammy Collins through her undersigned attorney that

21 the status or change of plea hearing presently set for February 16, 2011, be continued to March

22 2, 2011 at 9:30 a.m. for status.  The parties require additional time to review the discovery and

23 conduct any necessary investigation.  The parties agree that the delay is not attributable to lack

24 of diligent preparation on the part of the attorney for the government or defense counsel.  For

25 these reasons, the parties request that time under the Speedy Trial Act be excluded based on the

26 need for reasonable time necessary for effective preparation, taking into account the exercise of

27 due diligence.  The parties agree that the waiver covers all time between

28 //

the date of this stipulation and March 2, 2011.

IT IS SO STIPULATED:

Dated: February 15, 2011                              /S/
                                            CAMELLIA BARAY
                                            Bonjour, Thorman, Baray, &
                                            Billingsley
                                            *Attorney for Tammy Collins*

Dated: February 15, 2011                              /S/
                                            JOSHUA HILL
                                            Assistant United States Attorney

## ORDER

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the hearing in this matter now scheduled for February 16, 2011 is hereby rescheduled for March 2, 2011 at 9:30 a.m. for status. This continuance is applicable only to defendant Tammy Collins. Based upon the representation of counsel and for good cause shown, the Court also finds that failing to exclude the time between February 16, 2011 and March 2, 2011 would unreasonably deny the government and the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between February 16, 2011 and March 2, 2011 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, it is hereby ordered that the time between February 16, 2011 and March 2, 2011 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: February 17, 2011
                                            LAUREL BEELER
                                            United States Magistrate Judge