1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  JOSHUA HILL (CABN 250842)
   Assistant United States Attorney
5
   1301 Clay Street, Suite 340-S
6  Oakland, California 94612
   Telephone: (510) 637-3680
7  Facsimile: (510) 637-3724
   E-Mail:    Joshua.Hill2@usdoj.gov
8
9  Attorneys for Plaintiff

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                           OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-09-01156-SBA |
|---|---|---|
| Plaintiff, | ) | STIPULATED REQUEST TO SET CHANGE OF PLEA AND SENTENCING ON JUNE 7, 2011 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) | |
| TAMMY COLLINS, | ) | |
| Defendant. | ) | |

The above-captioned matter is set on March 2, 2011 before the Court for a status conference. The parties request that this Court vacate that date and set this matter for change of plea and sentencing on June 7, 2011 at 10:00 a.m. before the Honorable Saundra Brown Armstrong, and that the Court exclude time under the Speedy Trial Act between the date of this stipulation and June 7, 2011.

The parties have reached an agreement pursuant to Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure and will submit the proposed plea agreement to the Court at the same time as this stipulation. To allow time for the Court to consider the proposed plea agreement and for the preparation of a Presentence Investigation Report by the United States Probation Office, the

1  parties request that this matter be set on June 7, 2011 at 10:00 a.m. for change of plea and
2  sentencing (assuming the proposed plea agreement is acceptable to the Court).  Defendant agrees
3  that the Court may review the pre-plea Presentence Investigation Report even though she has not
4  yet pleaded guilty.  Since the proposed plea agreement has been submitted to the Court, the
5  parties further stipulate and agree that the time between February 22, 2011 and June 7, 2011
6  should be excluded under the Speedy Trial Act, and specifically pursuant to 18 U.S.C. §
7  3161(h)(1)(G), for consideration by the Court of a proposed plea agreement to be entered into by
8  the defendant and the attorney for the government.

10 DATED: February 22, 2011

13      /S/                                                               /S/
   JOSHUA HILL                                     CAMELLIA BARAY
   Assistant United States Attorney          Counsel for Defendant
14 Counsel for United States

STIP. REQ. TO SET CHANGE OF PLEA & SENTENCING & TO EXCLUDE TIME
No. CR-09-01156 SBA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-01156 SBA |
| Plaintiff, | ) ) | ORDER GRANTING STIPULATED REQUEST TO SET CHANGE OF PLEA |
| v. | ) ) | AND SENTENCING ON JUNE 7, 2011 AND TO EXCLUDE TIME UNDER THE |
| TAMMY COLLINS, | ) ) | SPEEDY TRIAL ACT |
| Defendant. | ) ) ) ) ) | |

The parties jointly requested that status hearing in this matter be vacated and that this matter be set for change of plea and sentencing on June 7, 2011 at 10:00 a.m. The parties further requested that time be excluded under the Speedy Trial Act between February 22, 2011 and June 7, 2011 to allow time for the Court to consider the proposed plea agreement to be entered into by the defendant and the attorney for the government, and to allow time for the preparation of a Presentence Investigation Report by the United States Probation Office. Defendant agreed that the Court may review the pre-plea Presentence Investigation Report even though he has not yet pleaded guilty. Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(1)(G),

1    **IT IS HEREBY ORDERED** that this matter is set for change of plea and sentencing on
2    June 7, 2011 at 10:00 a.m., and that time between February 22, 2011 and June 7, 2011 is
3    excluded under the Speedy Trial Act, specifically pursuant to 18 U.S.C. § 3161(h)(1)(G), for
4    consideration by the Court of a proposed plea agreement to be entered into by the defendant and
5    the attorney for the government.

6    **IT IS FURTHER ORDERED** that the United States Probation Office shall prepare a
7    Presentence Investigation Report.

9    DATED:    2/22/11                    _____
                                          HON. SAUNDRA BROWN ARMSTRONG
10                                        United States District Judge

STIP. REQ. TO SET CHANGE OF PLEA & SENTENCING & TO EXCLUDE TIME
No. CR-09-01156 SBA