Richard B. Mazer SBN: 49632
Law Office of Richard B. Mazer
99 Divisadero St.
San Francisco, CA 94117
Tel: 415 621 4100

Counsel for Defendant
Tammy Collins

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 9-CR-01156 SBA |
| ) | MODIFIED |
| ) | STIPULATION AND [~~PROPOSED~~] ORDER |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| TAMMY COLLINS ) | |
| ) | |
| Defendant. ) | |

The parties, by and through undersigned counsel and with the consent of the Probation Officer, hereby stipulate that the hearing regarding disposition on a Supervised Release violation currently set for Wednesday, December 9th, 2015 at 10 a.m., be continued to Thursday, January 13, 2016 at 1:00 p.m. or such other date as the Court, parties and Probation Officer are available before the Honorable Saundra Brown Armstrong.

//

[PROPOSED] ORDER
09-CR-01156 SBA

1

1  //

2  //

3  The reason for the continuance is the defendant's need to gather additional documents relevant to
4  disposition and resolution of the case.

7                                                                  Respectfully submitted

8  So stipulated.

9  11/23/15
                                                                   _____/s/_____
                                                                   GARTH HIRE
                                                                   Assistant U.S. Attorney
11 So stipulated.

12 11/23/15

                                                                   _____/s/_____
13                                                                 RICHARD MAZER
14                                                                 Counsel for Tammy Collins

[PROPOSED] ORDER
09-CR-01156 SBA

2

## [~~PROPOSED~~] ORDER

For the reasons contained in the above stipulation, IT IS ORDERED that the hearing scheduled for Wednesday, December 9th, 2015 at 10 a.m., be continued to Thursday, January 13, 2016 at ~~1:00 p.m~~ 10:00 AM before the Honorable Saundra Brown Armstrong in Oakland.

DATED: 11/30/2015

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
Senior United States District Court Judge

[PROPOSED] ORDER
09-CR-01156 SBA

3